UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 0:22-cv-61178-WPD

DENISE PAYNE,

     Plaintiff,

v.

NISA WATERWAYS, LLC D/B/A
WATERWAY SHOPPES OF WESTON;
LUCILLE'S AMERICAN CAFE' OF
WESTON, INC. D/B/A LUCILLE'S
AMERICAN CAFE; and ROKO
INVESTMENTS, LLC D/B/A OLENKA
ARTISAN BAKERY,

     Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, DENISE PAYNE, by and through his

undersigned counsel, hereby dismiss Defendant, LUCILLE'S AMERICAN CAFE' OF

WESTON, INC. D/B/A LUCILLE'S AMERICAN CAFE, with Prejudice.

Dated this August 16, 2022.

               Respectfully Submitted,

               **GARCIA-MENOCAL & PEREZ, P.L.**
               *Attorneys for Plaintiff*
               4937 SW 74th Court, No. 3
               Miami, FL 33155
               Telephone: (305) 553-3464
               Facsimile: (305) 553-3031
               Primary E-Mail: ajperez@lawgmp.com
               Secondary E-Mail: dperaza@lawgmp.com;
               dramos@lawgmp.com

               By: */s/ Anthony J. Perez*_____
                 ANTHONY J. PEREZ
                 Florida Bar No.: 535451

1

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on August 16, 2022.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ

2