**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:22-cv-61178-WPD

DENISE PAYNE,

    Plaintiff,

v.

NISA WATERWAYS, LLC D/B/A
WATERWAY SHOPPES OF WESTON;
LUCILLE'S AMERICAN CAFE' OF
WESTON, INC. D/B/A LUCILLE'S
AMERICAN CAFE; and ROKO
INVESTMENTS, LLC D/B/A OLENKA
ARTISAN BAKERY,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION FOR FINAL DEFAULT JUDGMENT

Plaintiff, DENISE PAYNE, hereby advise the Court that he has reached an agreement in principle to settle the instant case with Defendant, ROKO INVESTMENTS, LLC D/B/A OLENKA ARTISAN BAKERY, via the principal for the Defendant. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than sixty (60) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines as to Defendant, ROKO INVESTMENTS, LLC D/B/A OLENKA ARTISAN BAKERY and withdraws her motion for final default judgment pending before the Court.

Respectfully submitted this August 23, 2022.

## CERTIFICATE OF SERVICE

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
**GARCIA-MENOCAL & PEREZ, P.L.**
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Primary Email:  ajperez@lawgmp.com;
Secondary   E-Mail:   bvirues@lawgmp.com;
dperaza@lawgmp.com;
dramos@lawgmp.com
*Attorneys for Plaintiff*

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 23, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dperaza@lawgmp.com

;

By:  /s/ *Anthony J. Perez*
      ANTHONY J. PEREZ
      Florida Bar No.: 535451

2