**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:22-cv-61178-WPD

DENISE PAYNE,

     Plaintiff,

v.

NISA WATERWAYS, LLC D/B/A
WATERWAY SHOPPES OF WESTON;
LUCILLE'S AMERICAN CAFE' OF
WESTON, INC. D/B/A LUCILLE'S
AMERICAN CAFE; and ROKO
INVESTMENTS, LLC D/B/A OLENKA
ARTISAN BAKERY,

     Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, DENISE PAYNE, by and through his

undersigned counsel, hereby dismiss Defendant, ROKO INVESTMENTS, LLC D/B/A

OLENKA ARTISAN BAKERY, with Prejudice.

Dated this April 10, 2023.

                              Respectfully Submitted,

                              **GARCIA-MENOCAL & PEREZ, P.L.**
                              *Attorneys for Plaintiff*
                              350 Sevilla Avenue, Suite 200
                              Coral Gables, Fl 33134
                              Telephone: (305) 553-3464
                              Facsimile: (305) 553-3031
                              Primary E-Mail: ajperez@lawgmp.com
                              Secondary E-Mail: bvirues@lawgmp.com;
                              dramos@lawgmp.com

                              By*: /s/ Anthony J. Perez*_____
                                ANTHONY J. PEREZ

1

Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on April 10, 2023.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
      ANTHONY J. PEREZ

2