UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| **DENISE PAYNE** | : CASE NO. 22-cv-61178-WPD |
| Plaintiff, | : |
| vs. | : |
| **NISA WATERWAYS, LLC;**<br>**LUCILLE'S AMERICAN CAFÉ OF**<br>**WESTON, INC.; AND ROKO**<br>**INVESTMENTS, LLC** | : |
| Defendants. | : |

## ORDER OF DISMISSAL OF DEFENDANT LUCILLE'S AMERICAN CAFE' OF WESTON, INC. D/B/A LUCILLE'S AMERICAN CAFÉ

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 42], filed herein on April 10, 2023. The Court has carefully reviewed the Notice [DE 42] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Notice [DE 42] is **APPROVED**; and

2.     Defendant ROKO INVESTMENTS, LLC D/B/A OLENKA ARTISAN

BAKERY is hereby **DISMISSED WITH PREJUDICE**;

3.     The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of April, 2023.

_WILLIAM P. DIMITROULEAS_
United States District Judge

Copies furnished to:
Counsel of Record